ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

KELVIN CAIN,                          )
                                      )
            Plaintiff,                )
                                      )
      v.                              )        CV 308-031
                                      )
TELFAIR STATE PRISON, et al.,         )
                                      )
            Defendants.               )

_____

**O R D E R**

_____

After a careful, *de novo* review of the file, the Court concurs with the Magistrate

Judge's Report and Recommendation, to which no objections have been filed.[1] Accordingly,

the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of

the Court. Therefore, Plaintiff's motion to proceed *in forma pauperis* (doc. no. 3) is

**DENIED**, this case is **DISMISSED** without prejudice, and this civil action is **CLOSED**.

SO ORDERED this 9th day of July, 2008, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE

_____

[1]The Court notes that Plaintiff sent, *inter alia*, a letter to the Court, dated May 29, 2008, concerning the conduct of prison officials as it relates to his efforts to be released from incarceration. However, nothing in that letter, or the attached documents, changes the analysis set forth in the Magistrate Judge's Report and Recommendation.